# AFFIDAVIT OF PERSONAL SERVICE

STATE OF New York     }
                      }  ss.:
COUNTY OF New York    }

Daniel J. Braaten, being duly sworn, deposes and says:

1. I am not a party to the action.

2. I am over 18 years of age.

3. I reside in Nassau County, New York.

4. On July 23, 2008, at 5:30 p.m., I served the foregoing **Petition for Temporary Injunction under Section 10(j) of the National Labor Relations Act and Exhibits; the supporting affidavit of Celeste J. Mattina and the Memorandum of Points and Authorities in Support of Petition for Temporary Injunction under Section 10(j) of the National Labor Relations Act** upon **Miguel Nicolau,** by delivering a true copy thereof to him personally.

5. The person thus served is a Hispanic male, with Brown hair and Brown eyes, is approximately 45 years of age, weighs approximately 240 pounds and is approximately 5'6" tall.

6. I served Mr. Nicolau in the front lobby of Kingsbridge Heights Rehabilitation Care Center. Helen Sieger directed me to give the documents referred to in paragraph 4 of this affidavit to Mr. Nicolau.

_____
Daniel J. Braaten

Sworn to before me this
24th day of July, 2008

_____
Notary Public

MARGARITA DEJESUS CUEVAS
Notary Public, State Of New York
No. 01DE6061968
Qualified In Nassau County
Commission Expires July 23, 20__

96671