USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations
Board, for and on Behalf of the
NATIONAL LABOR RELATIONS BOARD,

       Petitioner,

   -v-

KINGSBRIDGE HEIGHTS REHABILITATION AND
CARE CENTER,
       Respondent.
-----------------------------------------X

08 Civ. 6550 (DLC)

ORDER

DENISE COTE, District Judge:

  For the reasons stated on the record at a conference held on July 24, 2008, it is hereby

  ORDERED that petitioner shall submit to the Court a proposed order setting forth the relief requested on or before July 28, 2008.

  IT IS FURTHER ORDERED that respondent shall file its response to the petition on or before August 1, 2008, at noon.

  IT IS FURTHER ORDERED that at the time any papers are filed in this action, the filing party shall supply two courtesy copies to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that a final pre-hearing conference will be held on August 4, 2008, at 10:00 a.m., in Courtroom 11B, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that the hearing on the petition for an injunction pursuant to Section 10(j) of the National Labor Relations Act, 29 U.S.C. § 160(j), will begin on August 5, 2008, at 9:30 a.m.

IT IS FURTHER ORDERED that petitioner shall personally serve respondent with a copy of this Order by July 25, 2008.

SO ORDERED:

Dated:   New York, New York
         July 24, 2008

                                          DENISE COTE
                                 United States District Judge