

**United States Government**

**NATIONAL LABOR RELATIONS BOARD**

Region 2

26 Federal Plaza – Room 3614

New York, New York 10278-0104

RECEIVED JUL 28 2008 CHAMBERS OF DENISE COTE

Telephone:   (212) 264-0300
Facsimile:    (212) 264-2450

July 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/07

**By Hand Delivery**

The Honorable Denise L. Cote
United States District Court
for the Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007-1581

Re:   Mattina   v.   Kingsbridge   Heights Rehabilitation and Care Center
Case No.   08 CV 6550 (DLC)

Dear Judge Cote:

As required by Section 14.3 of the SDNY Electronic Case Filing Rules & Instructions ("ECF Rules"), the initiating documents in the above-referenced matter were electronically mailed to the Clerk's Office in files smaller than 2.5 megabytes each. Upon receipt of those documents, the Clerk's Office directed Petitioner to seek permission from the Court to forego electronic filing of the exhibits attached to the Petition, which was the initiating document for this matter. (A copy of the message from the Clerk's Office is attached to this letter.) Accordingly, Petitioner hereby respectfully requests that the Court, pursuant to Section 5.1 of the ECF Rules, permit paper-only filing of the Petition exhibits.

Respectfully submitted,

Jamie Rucker (JCR 6767)
Counsel for Petitioner

Enclosure
cc: (via fax [212.239.1311 and 718.796.8182]; w/enclosure)

| | |
|---|---|
| Hanan Kolko, Esq.<br>Meyer, Suozzi, English & Klein, P.C.<br>1350 Broadway, Suite 501<br>P.O. Box 822<br>New York, New York 10018 | Kingsbridge Heights Rehabilitation and Care Center<br>Attn.: Helen Sieger, Owner<br>3400 Cannon Place<br>Bronx, New York 10463 |

Granted.
Denise Cote
July 28, 2008