USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CELESTE J. MATTINA, Regional Director,  :
Region 2, National Labor Relations      :
Board, for and on Behalf of the         :    08 Civ. 6550 (DLC)
NATIONAL LABOR RELATIONS BOARD,         :
                                        :        ORDER
                      Petitioner,       :
                                        :
          -v-                           :
                                        :
KINGSBRIDGE HEIGHTS REHABILITATION AND  :
CARE CENTER,                            :
                      Respondent.       :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   As stated in an Order issued in this action on July 24, 2008 ("July 24 Order"), respondent's response to the petitioner's application for an injunction is due on August 1, 2008, at noon. On July 28, 2008, the Court received a telephone call from Helen Sieger ("Sieger"), described in petitioner's application as the sole owner of respondent Kingsbridge Heights Rehabilitation and Care Center ("Kingsbridge"), in which she requested an extension of the August 1, 2008 filing date. She indicated that the attorney she had contacted to represent Kingsbridge in this action was unwilling to file a notice of appearance unless the Court granted such an extension. Sieger was advised by Chambers that corporations must be represented by an attorney in federal court, see Pridgen v. Andresen, 113 F.3d

391, 393 (2d Cir. 1997), and that any application regarding this action must be made in writing by an attorney representing the respondent.

Shortly thereafter, the Court received a telephone call from an attorney, John McCann, who stated that he had been contacted by Sieger regarding filing a notice of appearance in this action, but could not do so without first obtaining an extension for the filing of respondent's papers. He confirmed that he was the attorney referred to by Sieger in her earlier telephone call. Mr. McCann was likewise advised by Chambers that any application regarding this action must be made in writing by an attorney who had filed a notice of appearance on behalf of the respondent. It is hereby

ORDERED respondent's response to the petition remains due on or before August 1, 2008, at noon. All other dates contained in the July 24 Order also remain in place.

IT IS FURTHER ORDERED that petitioner shall personally serve respondent with a copy of this Order by July 29, 2008.

SO ORDERED:

Dated:   New York, New York
         July 28, 2008

                                    _____
                                         DENISE COTE
                                    United States District Judge