IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CELESTE J. MATTINA, Regional Director, Region 2,
National Labor Relations Board, for and on Behalf of the
NATIONAL LABOR RELATIONS BOARD,

          Petitioner,    Civil Action No.
v.                 08-CV-6550 (DLC)

KINGSBRIDGE HEIGHTS REHABILITATION AND CARE
CENTER,

          Respondent.

---

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that Hancock & Estabrook, LLP (Michael J. Sciotti, Esq.) hereby appears in the above-entitled action for Respondent, Kingsbridge Heights Rehabilitation and Care Center, and requests that all papers in this action be served upon the undersigned at the office and post office address stated below.

          HANCOCK & ESTABROOK, LLP
          *Attorneys for Respondent*
          1500 AXA Tower I
          100 Madison Street
          Syracuse, New York 13202
          Telephone No. (315) 471-3151

Dated: July 30, 2008      By: *Michael J. Sciotti*
            Michael J. Sciotti, Esq.
            Bar Roll No. MS0007

## CERTIFICATE OF SERVICE

I, Michael J. Sciotti, Esq., one of the attorneys for the Respondent in this action, do hereby certify that on this date I electronically filed the Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> James C. Rucker
> Attorney for Petitioner
> jamie.rucker@nlrb.gov

Michael J. Sciotti, Esq.
Bar Roll No. MS0007

Dated: July 30, 2008