UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board, for
and on Behalf of the NATIONAL LABOR                    ORDER
RELATIONS BOARD,                                       08-CV-6550 (DLC)

                   Petitioner,

v.

KINGSBRIDGE HEIGHTS REHABILTATION
AND CARE CENTER,

                   Respondent.
-----------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

DENISE COTE, District Judge:

    Upon consideration of the request made by counsel for Respondent, and taking into account the parties' and the Court's availability, it is hereby:

    ORDERED that Respondent shall file its response to the petition on or before August 6, 2008, at noon.

    IT IS FURTHER ORDERED that at the time any papers are filed in this action, the filing party shall supply two courtesy copies to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that a final pre-hearing conference will be held on August 7, at 10:00 a.m., in Courtroom 11B, United States Courthouse, 500 Pearl Street, New York, New York 10007.

    IT IS FURTHER ORDERED that the hearing on the petition for an injunction pursuant to Section 10(j) of the National Labor Relations Act, 29 U.S.C. § 160(j), will begin on August 11, 2008, at 9:30 a.m.

So ordered.

*Denise Cote*
July 30, 2008

{H0970875.2}