# HANCOCK & ESTABROOK, LLP
### COUNSELORS AT LAW



MICHAEL J. SCIOTTI
Writer's Direct Dial No.: (315) 425-3502
msciotti@hancocklaw.com



AUG 0 4 2008

**MEMO ENDORSED**

August 1, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

<u>**VIA FACSIMILE PER PERMISSION (212) 805-7907**</u>
Hon. Denise Cote
United States District Judge
U.S. District Court – Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>**Mattina et al v. Kingsbridge Heights Rehabilitation and Care Center**</u>
            **U.S. District Court – Southern District of New York**
            **1:08-cv-06550 (DLC)**

Dear Judge Cote:

    The NLRB has filed a 67 page Memorandum of Law in support of their Petition for Injunctive Relief in the referenced matter. Accordingly, Respondent respectfully requests permission to file a Memorandum of Law which exceeds the 25 page limit set forth in Your Honor's Individual Practices.

                  Respectfully submitted,

                  HANCOCK & ESTABROOK, LLP

                  Michael J. Sciotti
                  Bar Roll No.: MS0007

*Granted.*
*Denise Cote*
*August 4, 2008*

MJSi/klw
Enclosure

cc:    James C. Rucker, Esq., Attorney for Petitioner (Via Fax 212-264-2450)