Michael J. Sciotti, Esq. (MS0007)
John T. McCann, Esq. *(to be admitted pro hac vice)*
Lindsey H. Hazelton, Esq. *(to be admitted pro hac vice)*
HANCOCK & ESTABROOK, LLP
1500 AXA Tower I – 100 Madison Street
Syracuse, New York 13202

*Attorneys for Respondent Kingsbridge
Heights Rehabilitation and Care Center*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELESTE J. MATTINA, Regional Director, Region 2, National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>                                   Petitioner,<br>vs.<br><br>KINGSBRIDGE HEIGHTS REHABILITATION AND CARE CENTER,<br><br>                                   Respondent. | **Civil Action No:**<br>**08-CV-6550 (DLC)**<br>**ECF CASE** |

## DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE**, that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Respondent Kingsbridge Heights Rehabilitation and Care Center certifies that: (1) it does not have any parent company; and (2) no publicly held corporation owns 10% or more of its stock.

{H0974723.1}

HANCOCK & ESTABROOK, LLP
*Attorneys for Respondent*
1500 AXA Tower I
100 Madison Street
Syracuse, New York  13202
Telephone No. (315) 471-3151

Dated:  August 6, 2008          By: */s/ Michael J. Sciotti*
                                Michael J. Sciotti, Esq.
                                Bar Roll No. MS0007

{H0974723.1}

## CERTIFICATE OF SERVICE

I, Michael J. Sciotti, Esq., one of the attorneys for the Respondent in this action, do hereby certify that on this date I electronically filed the Disclosure Statement with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> James C. Rucker
> Attorney for Petitioner
> jamie.rucker@nlrb.gov

*Michael J. Sciotti*
Michael J. Sciotti, Esq.
Bar Roll No. MS0007

Dated: August 6, 2008