UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board, for
and on Behalf of the NATIONAL LABOR         MOTION TO ADMIT
RELATIONS BOARD,                             COUNSEL PRO HAC VICE

                 Petitioner,

                                     08-CV-6550 (DLC)
v.

KINGSBRIDGE HEIGHTS REHABILTATION
AND CARE CENTER,

                 Respondent.
------------------------------------------------------------

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, MICHAEL J. SCIOTTI, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| John T. McCann | Lindsey H. Hazelton |
| Hancock & Estabrook, LLP | Hancock & Estabrook, LLP |
| 1500 AXA Tower I | 1500 AXA Tower I |
| 100 Madison Street | 100 Madison Street |
| Syracuse, New York  13202 | Syracuse, New York  13202 |
| Telephone: (315) 471-3151 | Telephone: (315) 471-3151 |
| Fax: (315) 471-3167 | Fax: (315) 471-3167 |

      John T. McCann and Lindsey H. Hazelton are both members in good standing of the Bar of the State of New York.  There are no pending disciplinary proceedings against John T. McCann or Lindsey H. Hazelton in any State or Federal court.

{H0970823.1}

Dated: July 31, 2008
Syracuse, New York

                        Respectfully submitted,

                        */s/ Michael J. Sciotti*
                        Michael J. Sciotti
                        Bar No. MS0007
                        Hancock & Estabrook, LLP
                        1500 AXA Tower I
                        100 Madison Street
                        Syracuse, New York  13202
                        Telephone: (315) 471-3151
                        Fax: (315) 471-3167

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board, for
and on Behalf of the NATIONAL LABOR
RELATIONS BOARD,

                          Petitioner,

v.

KINGSBRIDGE HEIGHTS REHABILTATION
AND CARE CENTER,

                          Respondent.
-----------------------------------------------------------------

AFFIDAVIT OF MICHAEL J.
SCIOTTI IN SUPPORT OF
MOTION TO ADMIT COUNSEL
PRO HAC VICE
08-CV-6550 (DLC)

State of New York   )
County of Onondaga )    ss.:

      MICHAEL J. SCIOTTI, being duly sworn, hereby deposes and says as follows:

      1.     I am a Partner with Hancock & Estabrook, LLP, counsel for Respondent in the above-captioned action. I am familiar with the proceedings in this case. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of Respondent's motion to admit John T. McCann and Lindsey H. Hazelton as counsel pro hac vice to represent Respondent in this matter.

      2.     I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1992. I am admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court. I am also admitted to the bars of the Northern, Western and Eastern District Courts of New York, the Second Circuit Court of Appeals, the United States Supreme Court and am a member in good standing of these Bars as well.

      3.     I have known John T. McCann since 1990. He is a partner at Hancock & Estabrook, LLP in Syracuse, New York. I know Mr. McCann to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. He is admitted to practice before the Northern and Western District Courts of New York and the Second Circuit Court of Appeals.

      4.     I have known Lindsey H. Hazelton since 1997. She is a partner at Hancock & Estabrook, LLP in Syracuse, New York. I know Ms. Hazelton to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules

{H0970832.1}

of Procedure. She is admitted to practice before the Northern and Western District Courts of New York and the Second Circuit Court of Appeals.

      5.      Mr. McCann and Ms. Hazelton have familiarity with the legal issues in the instant proceeding and Respondent's interests are best served by allowing Mr. McCann and Ms. Hazelton to represent them in this case.

      6.      I respectfully submit a proposed Order granting the admissions of John T. McCann and Lindsey H. Hazelton, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit John T. McCann and Lindsey H. Hazelton, pro hac vice, to represent Respondent in the above captioned matter, be granted.

Dated: July 31, 2008
Syracuse, New York

                                    Respectfully submitted,

                                    Michael J. Sciotti
                                    SDNY Bar No.: MS0007

{H0970832.1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board, for
and on Behalf of the NATIONAL LABOR
RELATIONS BOARD,

                Petitioner,

v.

KINGSBRIDGE HEIGHTS REHABILTATION
AND CARE CENTER,

                Respondent.
---------------------------------------------------------------

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

08-CV-6550 (DLC)

Upon the motion of MICHAEL J. SCIOTTI , attorney for Respondent and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

John T. McCann
Hancock & Estabrook, LLP
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 471-3151
Fax: (315) 471-3167

Lindsey H. Hazelton
Hancock & Estabrook, LLP
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 471-3151
Fax: (315) 471-3167

are admitted to practice pro hac vice as counsel for Respondent in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: August ___, 2008
      Syracuse, New York

_____
United States District Judge

{H0970854.1}



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## John Timothy McCann

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **25th day of January, 1983**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **30th day of July, 2008**.



_____
Clerk

# SUPREME COURT OF
# THE STATE OF NEW YORK
# APPELLATE DIVISION, FOURTH DEPARTMENT
# ROCHESTER, NEW YORK

*I, JOANN M. WAHL, Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that*

## *LINDSEY HELMER HAZELTON*

*was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on,* **February 18, 1998**, *and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.*



*IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, July 30, 2008.*

_____
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board, for
and on Behalf of the NATIONAL LABOR
RELATIONS BOARD,

                      Petitioner,

  v.

KINGSBRIDGE HEIGHTS REHABILTATION
AND CARE CENTER,

                      Respondent.
-----------------------------------------------------------------

CIVIL ACTION NO.
08-CV-6550 (DLC)

STATE OF NEW YORK     )
COUNTY OF ONONDAGA ) SS.:

     Kristi Wolfe, being duly sworn, deposes and says: that your deponent is not a party to the within action, is over 18 years of age, and that your deponent resides in Onondaga County, New York. That on the 1st day of August, 2008, your deponent served the following: Motion for Admission Pro Hac Vice with supporting papers upon the attorney for Petitioner at the address listed below by causing a true copy of same, enclosed in a postpaid properly addressed wrapper, to be deposited into an official FEDERAL EXPRESS depository under the exclusive care and custody of Federal Express.

     James C. Rucker
     Counsel for Petitioner
     National Labor Relations Board
     Region 2
     26 Federal Plaza, Room 3614
     New York, New York 10278-0104

                                    Kristi L. Wolfe

Sworn to before me this
____ day of August, 2008
_____
Notary Public

                  CYNTHIA E. WADE
          Notary Public, State of New York
                   No. 4650183
        Qual. in Onon., Mon., & Os. Counties
       My Commission Expires Dec. 31, 20__

{H0972121.1}