UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board, for
and on Behalf of the NATIONAL LABOR
RELATIONS BOARD,

                Petitioner,

    v.

KINGSBRIDGE HEIGHTS REHABILTATION
AND CARE CENTER,

                Respondent.
-----------------------------------------------------------------

MOTION TO ADMIT
COUNSEL PRO HAC VICE

08-CV-6550 (DLC)



SCANNED 8/06/08

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, MICHAEL J. SCIOTTI, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| John T. McCann | Lindsey H. Hazelton |
| Hancock & Estabrook, LLP | Hancock & Estabrook, LLP |
| 1500 AXA Tower I | 1500 AXA Tower I |
| 100 Madison Street | 100 Madison Street |
| Syracuse, New York 13202 | Syracuse, New York 13202 |
| Telephone: (315) 471-3151 | Telephone: (315) 471-3151 |
| Fax: (315) 471-3167 | Fax: (315) 471-3167 |

John T. McCann and Lindsey H. Hazelton are both members in good standing of the Bar of the State of New York. There are no pending disciplinary proceedings against John T. McCann or Lindsey H. Hazelton in any State or Federal court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

Granted.
August 7, 2008

MEMO ENDORSED

{H0970823.1}