USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CELESTE J. MATTINA, Regional Director,  :
Region 2, National Labor Relations      :
Board, for and on Behalf of the         :       08 Civ. 6550 (DLC)
NATIONAL LABOR RELATIONS BOARD,         :
                                        :          ORDER
                        Petitioner,     :
                                        :
            -v-                         :
                                        :
KINGSBRIDGE HEIGHTS REHABILITATION AND  :
CARE CENTER,                            :
                        Respondent.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

For the reasons stated on the record at a conference held
with the parties on August 7, 2008, it is hereby

ORDERED that, by August 7, 2008, at 5:00 p.m., the
respondent shall inform the Court and petitioner, in writing,
whether they intend to call as witnesses at the hearing any of
the individuals whose declarations or affidavits were offered by
the petitioner. If the respondent identifies such witnesses, it
shall further indicate on which topics it intends to question
those witnesses.

IT IS FURTHER ORDERED that, by August 8, 2008, at noon, the
petitioner shall provide to the respondent the documents that
the petitioner has agreed to provide in connection with the
respondent's proposed document requests. Respondent's request

for discovery, as well as its related request for a two-week
adjournment of the hearing, is denied in all other respects.

IT IS FURTHER ORDERED that, by August 8, 2008, at 3:00
p.m., the petitioner shall submit any reply to the respondent's
opposition to the petition.

IT IS FURTHER ORDERED that, by August 8, 2008, at 3:00
p.m., the respondent shall inform the Court and the petitioner,
in writing, which of the respondent's declarants it intends to
call as witnesses at the hearing.  Such submission shall also
inform the Court and the petitioner whether the respondent is
adhering to the factual representation made in paragraph 10 of
the Declaration of Helen Sieger and accompanying exhibit 11 to
that Declaration.

IT IS FURTHER ORDERED that, by August 11, 2008, at 9:30
a.m., the respondent shall submit any objections to the phrasing
of the proposed injunction, and offer any alternative language
it wishes the Court to consider in the event such an injunction
issues.

IT IS FURTHER ORDERED that the hearing on the petition for
an injunction pursuant to Section 10(j) of the National Labor
Relations Act, 29 U.S.C. § 160(j), will begin on August 11,
2008, at 9:30 a.m.

IT IS FURTHER ORDERED that at the time any papers are filed
in this action, the filing party shall supply two courtesy

2

copies to Chambers by delivering them to the Courthouse

Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street,

New York, New York.

   SO ORDERED:

Dated:    New York, New York
          August 7, 2008

                              _____
                                   DENISE COTE
                              United States District Judge