Cote, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELESTE J. MATTINA, Regional Director, Region 2,
National Labor Relations Board, for and on behalf of the
NATIONAL LABOR RELATIONS BOARD,

                       Petitioner,

     vs.

KINGSBRIDGE HEIGHTS REHABILITATION
AND CARE CENTER,

                       Respondent.

**ORDER TO SHOW CAUSE**

Civil Action No:
08-CV-6550 (DLC)
ECF CASE

Upon reading and filing the Declaration of John T. McCann, Esq. dated the 18th day of August 2008, and the accompanying Declaration and Memorandum of Law; *and for the reasons stated on the record at a telephone conference with the parties on August 19, 2008,*

~~LET all interested parties show cause before this Court at the United States District Court, Southern District of New York, in the City of New York, New York on the ___ day of August, 2008 at _____ a.m./p.m., or as soon thereafter as counsel can be heard, why an Order should not be issued partially staying the Court's Injunction Order, entered on August 14, 2008, pending the appeal to the Second Circuit Court of Appeals, pursuant to Fed. R. Civ. P. 62(c); and granting such other and further relief as to the Court may seem just and proper, it is hereby~~

~~*Security in the amount of $ _____ will be posted by _____,*~~

~~ORDERED that service of a copy of this Order to Show Cause, and the papers upon which it is granted, by e-mail to James C. Rucker, Esq., attorney for Petitioner, contemporaneously with the filing of this motion shall be deemed good and sufficient service.~~

IT IS SO ORDERED

August _19_, 2008
New York, New York

10:00 a.m.

*The application for a partial stay or modification of the August 14 injunction is denied.*

_____
Honorable Denise Cote
United State District Court Judge

{H0981187.1}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08