USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
:
CELESTE J. MATTINA, Regional Director, :
Region 2, National Labor Relations     :
Board, for and on Behalf of the        :   08 Civ. 6550 (DLC)
NATIONAL LABOR RELATIONS BOARD,        :
                                       :        ORDER
                Petitioner,            :
                                       :
          -v-                          :
                                       :
KINGSBRIDGE HEIGHTS REHABILITATION AND :
CARE CENTER,                           :
                Respondent.            :
                                       :
----------------------------------------X

DENISE COTE, District Judge:

    During a telephone conference with the parties on August 18, 2008, respondent made an oral motion for a stay, pending appeal, of the August 14, 2008 Order Granting Injunction Under Section 10(j) of the National Labor Relations Act (the "August 14 Injunction"). That motion was denied for the reasons stated on the record at the August 18 telephone conference. Later that same day, at approximately 5:00 p.m., respondent made a second motion for a stay or, in the alternative, a modification of the August 14 Injunction, brought by proposed Order to Show Cause. A telephone conference to address this application was held with the parties at 9:30 a.m. on August 19. For the reasons stated on the record at the August 19 telephone conference, it is hereby

2

ORDERED that respondent's second motion for a stay or, in the alternative, a modification of the August 14 Injunction, is denied.

SO ORDERED:

Dated:   New York, New York
         August 19, 2008

                                             DENISE COTE
                                  United States District Judge