Alan J. Pierce, Esq. (AP0582)
John T. McCann, Esq. (*Pro Hac Vice*)
Lindsey H. Hazelton, Esq. (*Pro Hac Vice*)
HANCOCK & ESTABROOK, LLP
1500 AXA Tower I, 100 Madison Street
Syracuse, New York 13202

*Attorneys for Respondent-Appellant*
*Kingsbridge Heights Rehabilitation and Care Center*



FILED U.S. DC
AUG 1 8 2008
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELESTE J. MATTINA, Regional Director, Region 2, National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>         Petitioner-Appellee,<br>vs.<br><br>KINGSBRIDGE HEIGHTS REHABILITATION AND CARE CENTER,<br><br>         Respondent-Appellant. | **Civil Action No:**<br>**08-CV-6550 (DLC)**<br>**ECF CASE** |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Respondent Kingsbridge Heights Rehabilitation and Care Center hereby appeals to the United States Court of Appeals for the Second Circuit from the Order Granting Injunction Under Section 10(j) of the National Labor Relations Act of the United States District Court for the Southern District of New York entered in this action on August 14, 2008, as well as the Opinion and Order of this Court entered on August 14, 2008 that forms the basis thereof.

The parties to the Order and Opinion and Order appealed from and the names and addresses of their respective attorneys are as follows:

{H0980804.1}

Petitioner-Appellee:

James C. Rucker, Esq.
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York 10278-0104


Date:  August 16, 2008
       Syracuse, New York

Respectfully submitted,

HANCOCK & ESTABROOK, LLP

By: _____
    Alan J. Pierce, Esq.
    Bar Roll No. AP0582

John T. McCann, Esq.
Lindsay H. Hazelton, Esq.
*Attorneys for Respondent-Appellant*
1500 AXA Tower I
100 Madison Street
Syracuse, NY 13202
Tel: (315) 471-3151


## CERTIFICATE OF SERVICE

I hereby certify that 16th day of August, 2008 I served the foregoing Notice of Appeal upon the attorney for Petitioner at the address listed below by causing a true copy of same, enclosed in a postpaid properly addressed wrapper, to be deposited into an official FEDERAL EXPRESS depository under the exclusive care and custody of Federal Express.

Counsel for Petitioner-Appellee

James C. Rucker, Esq.
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York 10278-0104

_____
Alan J. Pierce

{H0980804.1}