USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CELESTE J. MATTINA, Regional Director,  :
Region 2, National Labor Relations      :
Board, for and on Behalf of the         :   08 Civ. 6550 (DLC)
NATIONAL LABOR RELATIONS BOARD,         :
                                        :        ORDER
                            Petitioner, :
                                        :
              -v-                       :
                                        :
KINGSBRIDGE HEIGHTS REHABILITATION AND  :
CARE CENTER,                            :
                            Respondent. :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    For the reasons stated on the record at a telephone conference held with the parties on August 20, 2008, in order to facilitate compliance with the August 14, 2008 Order Granting Injunction Under Section 10(j), as amended by the Order of August 18 (the "Amended Injunction"), and as described more fully on the record at the August 20 conference, it is hereby

    ORDERED that, respondent having failed to comply with the provision of paragraph (m) of the Amended Injunction permitting it to identify, by August 19, 2008 at 5:00 p.m., a maximum of six individuals to be excluded from immediate reinstatement, all striking bargaining unit employees (the "Employees") shall be reinstated in accordance with the terms of the Amended Injunction.

IT IS FURTHER ORDERED that respondent's request that the Employees report for work on August 21, 2008, at times other than their regularly scheduled shifts is denied.

IT IS FURTHER ORDERED that a Union representative shall be given access to respondent's facility during any shift scheduled to commence on August 21, 2008, for the purpose of facilitating the reinstatement process.

SO ORDERED:

Dated:   New York, New York
         August 20, 2008

                                                     DENISE COTE
                                   United States District Judge