UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board,
for and on Behalf of the NATIONAL LABOR
RELATIONS BOARD,

              Plaintiffs

  -against-

KINGSBRIDGE HEIGHTS REHABILITATION
CARE CENTER

              Defendant
-----------------------------------------------------------X

08 Civ. 6550 (DLC)

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Notice is hereby given of the entry of the undersigned, duly admitted to practice in this Court, as lead counsel and attorney to be noticed for Defendant Kingsbridge Heights Care Center, Inc., incorrectly sued herein as "Kingsbridge Heights Rehabilitation Care Center" in the above-entitled action. Pursuant to F.R.C.P. 5 all further notices and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Paul M. Sod
337R Central Avenue
Lawrence, NY 11559
T: (516) 295-0707
F: (516) 295-0722
paulmsod@gmail.com

_/s/ Paul M. Sod_
Paul M. Sod

Dated: Lawrence, New York
August 29, 2008