Paul M. Sod (PS-9170)
Attorney for Defendant
337R Central Avenue
Lawrence, NY 11559
(516) 295-0707

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------

CELESTER J. MATTINA, Regional Director,
Refion 2, National Labor Relations Board,
for and on Behalf of the NATIONAL LABOR
RELATIONS BOARD,

    - Petitioner,

    - against -

KINGSBRIDGE HEIGHTS REHABILITATION
CARE CENTER

    - Respondent

-------------------------------

08 CV 6550 (DLC)

AFFIRMATION IN OPPOSITION

Paul M. Sod, an attorney duly licensed to practice law in this court, duly affirms
the following under penalties of perjury:

    1.    That I am attorney for defendant herein and as such have knowledge of all
matters relevant and material to the within.

    2.    I submit this affirmation in opposition to the petitioner's motion to dismiss
the seventh, eighth, nineteenth, twentieth, twenty-foruth, thirty-first and thirty second
charges contained in Notice of Striker Misconduct dated August 22, 2008.

    3.    Before addressing the merits of this motion, the court's attention is
respectfully requested to several significant factual points.

4.    First, respondent is a nursing home licensed by the New York State Department of Health. The Department of Health has very strict restrictions on behavior of employees, and even the most minor of striker misconduct herein alleged would constitute serious instances of "abuse" that would be strictly prohibited under applicable law. See e.g. 10 NYCRR 42 C.F.R. §483.13(i)(d)("The nursing home...shall assure that each part-time, full-time or private duty employee, consultant, volunteer, or other person serving in any other capacity in the nursing home shall...conduct himself or herself in a professionally acceptable manner with all residents, employees and guests, including refraining from abusive, immoral or other unacceptable conduct, behavior or language and language...")

5.    Not only is the respondent licensed by New York State but some of the worst offending strikers are themselves nurses aides licensed with the New York State Department of Health: Marsha Dussard (brandished knife, assault), Brenda Robinson (multiple, including assault) and Olivia Owusu (multiple, including assault),

6.    Furthermore, proper behavior and decorum is required of all employees of the respondent both by law and by the respondent's Employee Handbook. (Exhibit A) Several provisions of the Handbook are particularly relevant, including, the "Rules of Conduct" section, on pages 20-21, which is excerpted here for the court's convenience:

The following are some infractions of rules and conducts which are considered injurious to the Nursing Facility and any violations thereof will be deemed grounds for dismissal....

2.    Violating the organizations' workplace violence policy which includes Verbal harassment – verbal threats towards persons or property, Physical Harassment – any physical assault including impeding or blocking the movement of another person and...any

actions that are detrimental and or harmful conduct toward another employee, family, friend....

7.     The court is also directed to the last page of Exhibit A, where each employee, both the striker's charged herein and the strikers not charged, is required to sign, acknowledging receipt of the handbook, and on that self-same signature page, respondent's policies against verbal and physical harassment are printed.  (Id., p. 23)

8.     Petitioner's motion thus, although arguably colorable under Federal labor law, would if granted result in the respondent being forced by to take back workers whose misconduct were flagrant violations of the Employee Handbook justifying immediate termination.

WHEREFORE, respondent opposes this motion in its entirety.

Paul M. Sod

Affirmed to be true this
September 2, 2008



Dear New Employees:

Welcome to Kingsbridge Heights Rehabilitation Care Center.

Kingsbridge Heights Rehabilitation Care Center has a proud tradition of providing the highest quality care to the many communities we serve. Our reputation for excellence is due in large measure to the dedication and professionalism of those who work here. Those who make up the Kingsbridge Heights team.

Our chief concern is the health, well being, and comfort of our residents. While sophisticated technology and highly trained staff are important in meeting this goal, it is equally necessary to create an atmosphere of caring and concern to help speed the healing process. Your participation in the fostering of this "climate of caring" is vital.

Congratulations on your new position. I wish you a long and successful career at Kingsbridge Heights Rehabilitation Care Center.

Sincerely,

Helen Sieger
Executive Director

1

# YOUR EMPLOYEE HANDBOOK

This employee handbook has been prepared to inform you about your benefits and privileges, as well as the rules and regulations of the Nursing Facility. It does not either directly or indirectly constitute an employment contract between the Nursing Facility and you.   The contents of the handbook are subject to change at any time at the discretion of the administration. We hope you will find this handbook helpful whether you are a newcomer or a veteran.



# Kingsbridge Heights Rehabilitation Care Center

## MISSION STATEMENT

Kingsbridge Heights Rehabilitation Care Center is committed to being the focus of a healthy community, stressing the organization's values of caring and respect for everyone.

## VISION

Kingsbridge Heights Rehabilitation Care Center
Provides quality, cost effect health care
Assesses the health care needs of our community
Provides an integrated health care system to our community
Promotes and facilitates preventative care
Fosters education and research
            And
Treats everyone with care, respect and dignity
Focuses on customer satisfaction and cultural awareness
Increases pride in what we do and ourselves.

# Kingsbridge Heights Rehabilitation Care Center

## EMPLOYEE HANDBOOK

## TABLE OF CONTENTS

Introduction.................................................................................... 1
Employee Handbook Statement.................................................2
Mission Statement.......................................................................3

### GENERAL POLICIES

Directory .............................................................................4 + 5
Equal Opportunity Employer.....................................................6
Orientation ...................................................................................6
Employee Health Service............................................................6
Employment Categories.............................................................7
Probationary Period ...................................................................7
Attendance and Punctuality ....................................................7
Lateness........................................................................................8
Job Abandonment ......................................................................9
Emergency Readiness ................................................................9
Performance Evaluation.............................................................9
Transfers and Promotions .........................................................9
Physical Examination................................................................10
Cleanliness .................................................................................10
Lockers.........................................................................................11
Confidential Information ..........................................................11
Telephone Calls .........................................................................11
Sleeping on Duty........................................................................11
Sexual Harassment....................................................................12
  Verbal, Physical, Visual........................................................12
  Visual ......................................................................................13
Dress, Uniform...........................................................................13
  General ....................................................................................13
  Housekeeping.........................................................................13
  Maintenance ..........................................................................14
  Dietary.....................................................................................14
  Nursing....................................................................................15
Accidents to Employees............................................................15
Accidents to Residents.............................................................15
Smoking ......................................................................................16
Recording Starting and Quitting Time....................................16
Bulletin Boards .........................................................................16

**POLICIES:**

Address and Telephone Change................................................................17
Vacation ...................................................................................................17
Payroll......................................................................................................17
ID Badges.................................................................................................17
Grievance Procedure ...............................................................................18
Leaves:
    Education ............................................................................................18
    Illness .................................................................................................18
    Bereavement ......................................................................................19
    Personal..............................................................................................19
    Jury Duty............................................................................................19
    Family and Medical Leave Act..........................................................19
    Compensation, Disability, and Sick Leave .......................................20
Rules of Conduct......................................................................................20
Safety .......................................................................................................21
Communication........................................................................................22
In Closing.................................................................................................22

# **GENERAL POLICIES**

## **Equal Opportunity Employer**

It is the policy of Kingsbridge Heights Rehabilitation Care Center that all employees and applicants for employment are afforded equal employment opportunities without regard of race, color, religion, sex, sexual orientation, physical handicap, age or national origin, except where sex is a bona fide occupational qualification.

The Nursing Facility is in compliance with the American with Disabilities Act (ADA) of 1992.

In addition, the Nursing Facility supports and will affirmatively comply with federal law prohibiting sexual harassment in the workplace. Unwelcome sexual advances, requests for sexual favor or implicitly constitutes sexual harassment. The Administrator/Department Head should be contacted if there is any issue or problem that needs clarification or resolution.

## **Orientation**



The        In-service        Education Department will provide a general orientation to the Nursing Facility within your first week of employment. You will receive information about the rules and regulations of Kingsbridge Heights, residents rights, fire safety, infection control, OSHA regulations on pathogens and right-to-know laws, security and general employee policies.

## **Employee Health Service**

Kingsbridge Heights Rehabilitation Care Center maintains a free occupational health service, which is available to you from the first day of employment.
The following are some of the services provided:
    a.     Annual PPD testing
    b.     Occupational/infectious exposure screening
    c.     Hepatitis B Vaccination

6

## Employment Categories

The Nursing Facility has four categories of employment:

1. Regular full-time: you work 35, 36.25 or 37.50 hours per week, depending on your department and job title.

2. Regular part-time: you work fewer hours than the standard work week for your job title.

3. Per Diem: you have no regular schedule and work only when called.

4. Temporary: you are employed for a limited amount of time.

## Probationary Period

All new employees are on a 90-day probationary period. Your active employment begins at the date of hire (or rehire) and is considered an introductionary period of employment period of employment. This will give both you and your supervisor an opportunity to determine if your job placement and individual satisfaction have been achieved.

Extension of the probationary period can be effected as per the director or the department head.

All employees agree to arbitrate all statutory employment discrimination claims rather than litigating them in court.

## Attendance and Punctuality

You were hired to perform an important function as part of our team. As with any group effort, it takes cooperation and commitment from everyone to operate effectively. Therefore, your attendance and punctuality are very important. When you are not on the job, it creates an added burden to your fellow employees. Good attendance is expected from all employees and is your responsibility – both to the facility and to your fellow employees. It is

Kingsbridge Heights Rehabilitation Care Center's primary goal to provide quality resident care on a 24 hour basis. In order to achieve this, each department must be staffed properly to meet the needs of our residents. If you are unable to report to work as scheduled, you must notify the facility as soon as possible (but no later than 2 hours before your shift is due to start so that a replacement may be obtained and/or assignment for your jobs responsibilities may be adequately assigned and covered. Excessive tardiness, absenteeism or failure to report without notifying the facility will result in suspension or discharge. Patterns of repeated offenses as documented will be cause for suspension and/or discharge. A signed and dated medical certificate by a licensed physician clearly defining for the absence is required when reporting for duty after an absence:

1. Which occurred immediately before or immediately after a holiday:
2. Which occurred immediately before or immediately after a schedule weekend off:
3. Which occurred immediately before or immediately after a schedule day/days off:
4. Of more than three (3) days succession and/or excessive absence apart from acceptable sickness:
5. Of two (2) weekend absences (either Saturday or Sunday or both) within a three (3) month period.

**Excessive absence is considered to be as follows:**
1. If you have been absent two (2) times a month for three (3) months;
2. If you have been absent six (6) times in six (6) month;
3. If you are absent once a month consistently;
4. If you are absent four (4) times in one (1) month;
5. Any absence for non-excusable reason;
6. Patterns of absences tied to days off and/or two (2) in three (3) month;
7. Weekend absences (either Saturday or Sunday or both day) two (2) times within three (3) months.

**Lateness**
You will be considered late if you are not dressed in uniforms and present on the assigned resident unit or work area at the start of your shift.

**Excessive tardiness will be considered to be as follows:**

1. If you have been late two (2) times during one (1) week;
2. If you have been late four (4) times during one (1) month;

3.    If you have been late twelve (12) times in six (6) months

While on work time, you may not leave the premises without notifying your Supervisor/department head. If you leave the premises, you must punch out and punch in when you enter.  No employee is permitted to clock in/out while in street clothing. Employee must be in uniform when clocking in/out. After your workday has ended, you must leave the facility unless notified by your Department Head.

## **Job Abandonment**

Any employee who walks off the job without permission from their Supervisor/Administrator will be deemed abandoning his/her position.  This will result in immediate termination.

Any employee who fails to come to work for (3) three consecutive days without notifying his/her supervisor, and does not have a valid doctor's note will be deemed as abandoning his/her position.  This will result in immediate termination.

If the employee has a license or certification he/she will be reported to that licensing agency.

## **Emergency Readiness**

In case of an emergency (i.e. snow storm, blackout, etc.) employees may be asked to pro-long their shifts.  Any employees' refusal to work during an emergency without permission from their supervisor will face disciplinary action including termination.

## **Performance Evaluation**

Performance evaluations are mandatory under the New York State Health Code and JCAHO requirements. Your supervisor will review your performance evaluation with you at your probationary period and annually. You may write comments on your evaluations, sign it and request a copy.

## **Transfers and Promotions**

Vacancies arising in departments will be filled from outside sources only if no person presently employed has the necessary qualifications and desires the position. These vacancies will be posted.

Transfers and promotions will be based upon the individual's qualifications and performance. The head of the department has the right not to accept an employee from another department. When qualifications and performances are equal, promotions will be based on length of employment. Each employee must apply to the department head when interested in a particular position.

## Physical Examination

All new employees are required to furnish a physical examination completed by a licensed physician. The physician should include a PPD Mantoux test, which must reflect the date the test was given and read, along with the size of the reaction.

If the results of the PPD prove positive, it must be followed by a chest x-ray. If the results of the PPD prove negative, the PPD test must be repeated every year, so long as the results remain negative.

A new physical examination is required on an annual basis and at such other times as is medically indicated for continued employment.

The dietary personnel must include results of stool cultures for ova parasites in their physical exam.

All employees born after 1957 must show proof of immunization for measles and rubella. All employees born before 1957 must show proof of rubella immunization only. This is a requirement by the New York State Department of Health.

An employee will not be hired unless he or she is free from the communicable stages of any diseases as well other health impairments which might interfere with the performance of his or her duties including but not limited to habituation or addiction to depressants, stimulants, narcotics and alcohol.

## Cleanliness

The importance of cleanliness at Kingsbridge Heights cannot be over emphasized. We need cooperation to maintain a clean facility. If you notice any unsanitary conditions, bring it to your supervisor's attention. If you see any litter on the floor, please be kind enough to pick it up and put it in the

nearest receptacle. This includes the surrounding areas of the facility as well. Our appearance inside and outside reflects on us.

## Lockers

Regular full-time employees will be assigned permanent lockers. Employees will us their locker on a daily basis. You must provide your own lock. Personnel may NOT change clothing or leave personal belongings anywhere except in their locker. All others will report to their department heads for locker assignment.

NO employee is permitted to enter or leave the building with oversized pocketbooks or bags. All bags are subject to inspection.

## Confidential Information



Personnel files are open for review by the following agencies:

1.    NY State Department of Health
2.    Professional Review Board
3.    Department of Justice – Immigration and Naturalization Services

Information regarding the residents of the facility is confidential. Person requesting such information should be referred to a supervisor promptly.



## Telephone Calls

Staff members are not permitted to make or receive personal calls during work hours except in emergency situations, and only with knowledge and permission of a supervisor. The pay phones on the units are there for the convenience of the residents only. No staff member is permitted to use these phones. The pay phones in the lobbies may be used by employees during break times only.

## Sleeping on Duty

All employees are expected to be awake and alert at all times. Any employee found sleeping while on duty will be terminated **immediately.**

## Sexual Harassment Policy

It is the policy of the Nursing Facility to provide a work place free of harassment for all employees. Sexual harassment will NOT be tolerated. Unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature constitute sexual harassment when:

1. Submission to such conduct is made, either explicitly or implicitly, a term or condition of an individual's employment.
2. Submission to, or rejection of, such conduct by an individual is used as the basis for employment decisions affecting such individual.
3. Such conduct has the purpose of effect, of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.

An individual who believes that he or she has been a victim of sexual harassment should bring it to the attention of their Department Head or Administrator.

Employees should not bring their complaints before their harassers. No employee who brings a complaint will be subject to retaliation. Confidentiality will be maintained to the greatest extent possible when processing such complaints. However, the identity of the complaining employee may have to be revealed in order to solve the problem. All complaints will be addressed through an immediate internal investigation, to have engaged in sexual harassment will be subject to appropriate disciplinary action, up to and including termination.

## Workplace Violence Prevention – Policy on Employee Conduct

**Objectives**: To ensure the highest standard of health and safety for all employees, customers, vendors, contractors, and the general public and to provided for the efficient and effective operation of the company.

**Verbal Harassment**: Verbal threats toward persons or property: the use of vulgar or profane language towards others, disparaging or derogatory comments or slurs, offensive sexual flirtations and propositions, verbal intimidation, exaggerated criticism, and name calling.

**Physical Harassment**: Any physical assault such a hitting, pushing, kicking, holding, impeding or blocking the movement of another person.

**Visual Harassment**: Derogatory or offensive posters, cartoons, publications or drawings.

**Prohibited Items on Company Property**: Under no circumstances are the following items permitted on company property, including parking areas: all types of firearms; switchblade knives and knives with a blade longer than four inches; dangerous chemicals, explosives including blasting caps, chains and other objects carried for the purpose of injuring or intimidating. Any employee who is found, after appropriate investigation to have engaged in the above conduct will be subject to appropriate disciplinary action, up to and including termination.

## Dress, Uniform and Personal Hygiene

For certain positions, uniforms are required. It is your responsibility to wear appropriate attire. Employees reporting to work inappropriately dressed or with poor hygiene will be sent home without pay.

## General Information

1. Attire must be clean and in good condition
2. Excessive or large jewelry will not be worn while on duty. (Wrist watch with second hand, a wedding band, small stud earrings, are the only jewelry allowed)
3. Hair should be neat and clean and/or responsible length
4. Employees must be free of mouth and body odor
5. Finger nails should be kept short and clean
6. Badges must be worn at all times while on duty identifying the individual by name and status
7. Shoes must be clean and non-skid. Opened toe and high heels are not allowed

## Housekeeping

The Housekeeping Department is aware of the general service and resident care objectives of the facility and performs his/her services in recognition of the goals of the therapeutic milieu.

The Housekeeper is responsible for the cleanliness of his/her assigned areas, assigned tools and materials; proper use of all detergents, soaps, waxes and other janitorial supplies. Housekeeping staff is responsible to keep the facility clean and free of insects, rodents, and trash.

13

All Housekeeping staff must be in proper uniform at the beginning of their shift:
Uniforms.......dark blue pants with light blue shirts
Shoes...........rubber soles and heels
                    Opened toe and high heel shoes are not permitted.

## Maintenance



Maintenance is responsible for the entire facility, both inside and the surrounding premises, including but not limited to the floors, walls, doors, ceilings, fixtures, equipment, furnishings, walkways and driveways. Maintenance is also responsible to keep the facility clean and free of insects, rodents, and trash.

All Maintenance staff must be in proper uniform at the beginning of their shift.

Uniform....................................dark blue pants and shirts
Shoes.......................................work shoes

## Dietary



The         Dietary         Department   seeks   to   provide nutritionally adequate food, prepared and served in an attractive, safe and sanitary manner for the optimum satisfaction of the residents.

COOKS....................................Cook jacket/white
................................................Black/white check pants



DIETARY AIDE.....................White shirt
................................................White pants

WAITRESS/WAITER.............Red shirt
................................................White pants

No T-shirts are permitted.
Shoes are to be white with rubber soles (no sneakers)

All Dietary employees must wear protective head covering (hair nets, caps)

**Nursing** 

The Nursing Department provides quality care to all residents: encourages each resident to attain and maintain his/her maximum level of ADL functioning; and promotes the maintenance of an optimally safe environment.

## CERTIFIED NURSING ASSISTANT/ORDERLY

Uniform ..................................... Pastel colored tops/white
.................................................. White socks or stockings

## LICENSED PRACTICAL NURSE/RN CHARGE NURSE

Uniform ..................................... White uniforms with white closed shoes with rubber soles. May wear pastel tops.

***Reminder***: For the safety of residents and employees alike, employees are not allowed to wear large/dangling jewelry. Long hair should be pulled back off the shoulders and nails should be kept short and clean.

## Employees Accidents/Incidents

Any accident/incident must be reported to your supervisor immediately. If you witness an accident/incident in which another employee is involved, escort or direct the employee to the department and immediately notify your supervisor or department head. Accident/Incident reports must be completed before the end of your tour.

## Residents Accident/Incidents

If a resident is injured or involved in an accident/incident, give all assistance possible and then immediately notify the accident/incident to your supervisor. Accident/Incident reports must be completed.

## Smoking



Smoking in the facility is detrimental to the health of our residents, visitors and employees as well as a violation of fired code regulators. Smoking is prohibited throughout the **entire** facility.

## Recording Starting and Quitting Time

Each employee is expected to record his/her time by "swiping I.D. badge when reporting for work and at the end of his/her tour of duty. No employee may "swipe" any other employee's I.D. badge. Violation of this rule will result in immediate termination of both parties. The "swiping" of your I.D. badge serves as the official record of your daily hours of work. At your designated starting time, you must be in uniform or appropriate attire and at your assigned work place. You are not permitted to leave work earlier than your designated quitting time. Only a supervisor or a department head may make an adjustment to your time and attendance record. Each employee must punch out and in for his/her lunch/dinner break. After your workday has ended, you must leave the facility unless notified by your Department Head.

## Bulletin Boards

Employee bulletin boards are placed in the lobbies of the Nursing Facility. On the boards you will find general information about the facility programs, policy changes, in-services, etc. You should check these bulletin boards periodically to keep yourself informed on the happenings at the Nursing Facility.

## Honesty

Any action or omission, which serves to falsify any record for any purpose, will result in immediate termination.

# PERSONNEL POLICIES

## Address and Telephone Change

It is important for the Nursing Facility to have accurate records. Notify the Personnel Department and your supervisor of any change of address or telephone number. Your telephone number will remain confidential and will be used only in the event of an emergency.

## Vacation

It is the policy of KHRCC that no vacation will be granted for the period of December 15th through January 15th. In the event of an emergency, each request will be reviewed on a case-by-case basis.

## Payroll

Paychecks are distributed every Wednesday for the previous week's work. If you are absent on payday, you may pick up your paycheck from the Payroll Department the following day.

There are certain deductions that are required to make by law. Your payroll stub itemizes any deductions made from your gross earnings. Federal and/or State laws require that we make deductions for Social Security, Income Tax, State, Disability Insurance, City Income Tax, and any other legally mandated taxes or deductions.

Any questions that you may have about your paycheck or deductions should be addressed to the payroll office.

## Identification Badges

All employees and those retained by the Nursing Facility are required to wear identification badges while they are on the premises. The I.D. badges also serve as time cards, as well as a means to maintain internal security and to deter trespassing. Lost or stolen ID badges will be replaced at the Payroll Department for a $10.00 fee.

## Grievance Procedure

It is the intention of Kingsbridge Heights to see that every employee is accorded dignity and justice. It is expected that most complaints of grievances will be discussed frankly with the supervisor or department head, and that most cases will be dealt with satisfactorily there. If the employee is not satisfied with the supervisor's solution, then he/she may go to the Administrator.

The employee will be given the opportunity throughout the grievance procedure to present his/her view orally and written. The signature of the employee and all witnesses will be required on all documentation related to the discussion of grievances.

# LEAVES

## Educational
Leaves will be granted on the basis of the Nursing Facility's ability to obtain coverage for the person requesting the leave.



All requests for leave from duty must be submitted in writing to the head of the department.

## Illness

When leave is required for sudden illness or injury, the employee is required to submit to the Nursing Facility a written request for the leave including expected date of return to duty. A doctor's note must accompany the request.

Full-time employees earn sick days on a monthly basis, up to their maximum yearly entitlement. Part-time employees receive pro-rated benefits based on their regular schedule.

Sick days can only be taken after completion of the introduction period of employment. Employees may not accumulate unused sick days from year to year. Unused sick days will be paid at the end of the calendar year.

Employees on sick leave for 3 days or more must submit a letter from physician stating:

    a.    nature of injury (affected area)
    b.    date of absence began
    c.    date able to return to work
    d.    must state ability to function with no restrictions as per job description

## Bereavement

Three calendar days are allowed for the death of a parent, sibling, spouse or child. These days must be taken consecutively within a reasonable time after the death or the day of the funeral and may not be split or postponed.

## Personal Days

An employee shall be eligible for personal days on a pro-rated basis.

## Jury Duty

A regular employee shall be granted time off and shall be paid jury duty leave after he/she has completed his/her probationary period. Otherwise, it will be considered as unpaid leave.



## Family and Medical Leave Act

Kingsbridge Heights Rehabilitation Care Center complies with the Family and Medical Leave Act of 1993. Regular full-time and regular part-time employees become eligible if employed by the Nursing Facility for a minimum of 12 months prior to the commencement of the leave and have worked a minimum of 1,250 hours during that period. Leave may be used by an employee to care for their child, parent or spouse who is experiencing a serious health condition or for the employee suffering a serious health condition, rendering him/her unable to perform functions of the job. It may also be used if a child or the placement of a child for adoption or foster care with employee.

**Compensation and Disability**



A three-week evaluation program requiring follow-up of employees by Medical Director will be done upon notification of employee's intention to lose time from work. The schedule will be set up based on the availability of the Medical Director.

- ➢ The purpose of the 1st week visit will focus on the cause of injury

- ➢ The focus of the visit during the 2nd week will be on prevention

- ➢ The focus of the 3rd week visit will be on counseling. It will also attempt to definitely ascertain a return to work date.

Any subsequent visit(s) will be determined by the Medical Director. This medical evaluation of employee is an integral part of the facility's safety program and accident prevention.

Only the Medical Director/Alternate Physician of the facility can clear the employee to return to work. This will entail actual physical examination of the employee and discussion of the case with employee's primary physician to ascertain fitness to assume/perform normal duties.

Each department head will be responsible for the implementation of these policies in his/her department.

# RULES OF CONDUCT

It is essential that all employees use serious business-like conduct at our Nursing Home. Serious business-like conduct on the part of all employees is essential in our Nursing Home. Our responsibility to the residents under our care requires all employees to be conscientious in performing their work.

The following are some infractions of rules and conducts which are considered injurious to the Nursing Facility and any violations thereof will

be deemed grounds for dismissal. These are examples and are not intended to cover every conceivable situation.

1. Destroying, defacing or stealing the property of residents, employees or the Nursing Facility.
2. Possession of weapons and other illegal paraphernalia on Nursing Facility property, including park areas.
3. Violating the organization's workplace violence policy which includes Verbal harassment – verbal threats towards persons or property, Physical Harassment –any physical assault including impeding or blocking the movement of another person, and Visual Harassment – Derogatory or offensive documents, illustrations or pictures. Additionally any actions that are detrimental and or harmful conduct toward another employee, family, friend, relative of resident, or resident are prohibited.
4. Swiping another employee's I.D. badge/manual time card.
5. Falsifying time or other records. Dishonesty or untruthfulness.
6. Negligent or inconsiderable treatment of residents.
7. Unauthorized use of confidential information.
8. Gambling on the premises.
9. Intoxication or using alcoholic beverages while on duty.
10. Horse playing.
11. Deliberate non-performance of required work.
12. Insubordination.
13. Use of narcotics/depressants/stimulants or barbiturates.
14. Unauthorized leaves from duty.
15. Smoking in facility buildings.
16. Excessive absence or lateness.

## Safety First

Kingsbridge Heights maintains an active safety program. Your cooperation is a vital part of this program to protect you, your fellow employees, our residents and our visitors from injury.

If you become injured on the job:

a. Report the injury immediately to your supervisor.

b. Complete an accident/incident report, making sure to answer all questions and give a detailed report of what happened.

c.  The nurse or supervisor will provide emergency care.

d.  When necessary, get medical help.

## **Communication**

Communication between the Facility and all employees is essential for getting work done and for attaining personal satisfaction from work and job relationships.

## **In Closing**

This employee handbook is intended to give you a broad summary of things you should know about Kingsbridge Heights Rehabilitation Care Center. The information in this handbook is general in nature and should questions or discrepancies arise, management will be consulted for complete details. The policies, rules and regulations contained in this handbook may be revised, modified, change or improved by the Facility at any time.

Again, welcome to Kingsbridge Heights Rehabilitation Care Center. Please do not hesitate to speak with your supervisor/department head or the Administrator if you have any questions or comments.

Rev. 9/03

### *KINGSBRIDGE HEIGHTS REHABILITATION CARE CENTER*
### *WORKPLACE VIOLENCE PREVENTION*
### *POLICY ON EMPLOYEE CONDUCT*

## OBJECTIVES

To ensure the highest standard of health and safety for all employees, customers vendors, contractors, and the general public and to provide for the efficient and effective operation of the company.

## POLICY:

**No** employee, including supervisors, managers, or executives, shall be allowed to harass any other employee or member of the general public by exhibiting behavior including, but not limited to the following:

Verbal Harassment: Verbal threats toward persons or property; the use of vulgar or profane language toward others, disparaging or derogatory comments or slurs, offensive sexual flirtations and propositions, verbal intimidation, exaggerated criticism, and name calling.

Physical Harassment: Any physical assault such as hitting, pushing, kicking, holding, impeding or blocking the movement of another person.

Visual Harassment: Derogatory or offensive posters, cartoons, publications or drawings.

Violation of any of the above will result in disciplinary action or dismissal.

Prohibited Items on Company Property: Under no circumstances are the following items permitted on company property, including parking areas: all types of firearms; switchblade knives and knives with a blade longer than four inches; dangerous chemicals, explosives including blasting caps, chains and other objects carried for the purpose of injuring or intimidating.

I,                                        .  have received the copy of the Kingsbridge Heights Rehabilitation Care Center employee handbook.

_____        _____
Signature                                                        Date


_____
Department

C: inservice\employee manual 2001.doc

23