Lauren Esposito (LE4221)
Jamie Rucker (JR6767)
Nancy Slahetka (NS4140)
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York 10278-0104
(212) 264-0300


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------X
**CELESTE J. MATTINA, Regional Director,**
**Region 2, National Labor Relations Board,**
**for and on Behalf of the NATIONAL**
**LABOR RELATIONS BOARD,**

                         Petitioner,

    -against-                                    08 Civ. 6550

**KINGSBRIDGE HEIGHTS REHABILITATION**            J. Cote
**AND CARE CENTER**

                         Respondent.             ECF Case
------------------------------------------X


**MOTION FOR DISMISSAL OF OR SUMMARY JUDGMENT**
**ON CERTAIN ALLEGATIONS OF STRIKER MISCONDUCT**

        Comes now counsel for the Petitioner, Celeste J. Mattina,

Regional Director for Region 2 of the National Labor Relations

Board (Board), and moves the Court for dismissal of or summary

judgment on certain allegations of striker misconduct raised by

Respondent, Kingsbridge Heights Rehabilitation and Care Center.

In support of this Motion, counsel for Petitioner states the

following:

        1.    On July 23, 2008, the Petitioner filed a Petition for

Temporary Injunctive Relief pursuant to Section 10(j) of the

National Labor Relations Act, as amended (Act), 29 U.S.C. Section 160(j).

2.    By Order dated August 14, 2008---and modified in relevant respects on August 18 and 20, 2008---this Court granted petitioner's Injunction.  Under the Court's Orders, Respondent was required to reinstate every striker who made an unconditional offer to return to work.  However, the terms of the Court's Orders also permitted Respondent to identify individuals who had allegedly engaged in misconduct sufficient to justify Respondent in discharging or refusing to reinstate those employees.[1]

3.    Respondent was required, under the terms of the Court's Orders, to provide Petitioner and 1199SEIU United Healthcare Workers East ("the Union") with a list of the individuals Respondent alleged engaged in misconduct during the course of the strike, together with the date, time, location, and description of each instance of alleged misconduct, as well as a list of any witnesses and/or documentary evidence Respondent intended to present in support of each misconduct allegation.

4.    On August 15 and 28, 2008, pursuant to Order of the Court, Petitioner submitted brief statements of the principles of

---

[1] In the initial order, Respondent was to identify all the individuals it alleged had engaged in misconduct by 10:00 a.m. on Monday, August 18, 2008, and hearings regarding the alleged instances of misconduct were to be held on August 19 and 20, 2008.  Upon agreement of the parties, that portion of the Court's Order was modified to permit Respondent to identify up to six individuals who had allegedly engaged in more serious misconduct by 5:00 p.m. on August 19, 2008, and such individuals were to not return to work pending adjudication of their alleged misconduct on September 3 and 8, 2008.  Respondent failed to timely identify such individuals.  Consequently, by Order of August 20, 2008, the Court ordered all of the unfair labor practice strikers to be reinstated pending the previously scheduled hearings for September 3 and 8, 2008.

law governing an employer's refusal to reinstate an employee the employer contends has engaged in misconduct during the course of a strike.  Although Respondent was given an opportunity to make its own submissions, it did not do so, effectively conceding the accuracy of Petitioner's statements of law.

5.   On August 22, 2008, at around 4:44 p.m., by electronic mail, Respondent sent counsel for Petitioner the list contemplated by subparagraph (m)(2) of the Court's August 18, 2008 Order.  A copy of that list is attached hereto as Exhibit A.

6.   The Court heard testimony and accepted evidence from Respondent in support of the allegations contained in Exh. A on September 3, 2008.

7.   At the conclusion of Respondent's presentation, counsel for Petitioner made oral motions for dismissal of or summary judgment on various of the allegations contained in Exh. A.  The Court granted the motions with respect to some of the allegations and reserved judgment on others.  The Court granted the parties an opportunity to make submissions regarding the matters on which the Court had reserved judgment.

8.   Following review of the transcript of the September 3, 2008 hearing, Petitioner now moves this Court for dismissal or summary judgment on further of the allegations contained in Exh. A, specifically items 25 through 28.

9.   Specifically, Petitioner contends that the evidence presented by Respondent has failed to connect the individual employees accused of misconduct in items 25, 26, and 28 with the events to which Respondent's witness testified.  With respect to

3

item 27, Petitioner contends that Respondent has not established conduct constituting misconduct.

10.    Consequently, Petitioner contends that Respondent has failed "to make a showing sufficient to establish the existence of an element essential to [its] case," and Petitioner is entitled to "judgment as a matter of law because [Respondent] has failed to make a sufficient showing on an essential element of [its] case with respect to which [it] has the burden of proof." *Celotex Corp. v. Catrett*, 477 U.S. 317, 322-323 (1986).    The Court should therefore dismiss or grant summary judgment with respect to those specific allegations of striker misconduct.

DATED:      New York, New York
            September 5, 2008

                                    Respectfully submitted,

                                    Lauren Esposito (LE4221)
                                    Jamie Rucker (JR6767)
                                    Nancy Slahetka (NS4140)
                                    Counsel for Petitioner
                                    National Labor Relations Board
                                    26 Federal Plaza, Room 3614
                                    New York, New York 10278
                                    Tel. (212) 264-7614
                                    FAX (212) 264-2450

KINSBRIDGE HEIGHTS REHABILITATION AND CARE CENTER

NOTICE OF STRIKE MISCONDUCT

August 22, 2008

      Pursuant to the August 14, 2008 Order of the United States District Court for the Southern District of New York (Hon. Denise Cote, U.S.D.J.), as modified by Order dated August 18, 2008, Kingsbridge Heights Rehabilitation and Care Center hereby provides notice of alleged incidents of strike misconduct by employees represented 1199SEIU United Healthcare Workers East:

Name:  Sivasakhy Ramalingam
Date(s):  (1) June 2008, (2) June 16, 2008
Time(s):  5:30 p.m.
Location(s):  (1) Road in front of facility
Description of Misconduct:
      (1) Threw open can of soda at Jozef Hubacek
      (2) Kicked car and pounded fists braking windshield, threw trash can at car
List of Witnesses/Documentary Evidence:
      (1) Jozef Hubacek/Affidavit
      (2) Helen Sieger

Name:  Jacqueline Codewell
Date(s):  February 20, 2008
Time(s):  6:45 a.m.
Location(s):  Outside facility
Description of Misconduct:
      Grabbed Nelly Tchilingirov and her purse as she tried to enter facility
List of Witnesses/Documentary Evidence:
      Nelly Tchilingirov/Statement

Name:  Sandra Bryant
Date(s):  April 10, 2008
Time(s):  9:00 a.m.
Location(s):  Outside facility
Description of Misconduct:
      Spilled soda on Nina Kutsenko as she tried to enter facility
List of Witnesses/Documentary Evidence:
      Nina Kutsenko/Statement



Name:  Stanislaw Skumial
Date(s):  February 25, 2008
Time(s):  10:00 a.m.
Location(s):  Outside facility
Description of Misconduct:
        Screaming profanity and threat to beat up Jozef Hubacek
List of Witnesses/Documentary Evidence:
        Jozef Hubacek/Statement


Name:  Tomasz Skarupski
Date(s):  February 19, 2008
Time(s):  11:00 a.m.
Location(s):  Parking lot in front of facility
Description of Misconduct:
        Threatened to slash Jozef Hubacek's throat
List of Witnesses/Documentary Evidence:
        Jozef Hubacek/Statement


Name:  Jeffry Wojciechowski
Date(s):  June 17, 2008
Time(s):  3:00 p.m.
Location(s):  Outside facility
Description of Misconduct:
        Threatened to have Jozef Hubacek beaten up
List of Witnesses/Documentary Evidence:
        Jozef Hubacek/Statement


Name:  Isaac Norety
Date(s):  February 29, 2008
Time(s):  9:30 p.m.
Location(s):  Side of building
Description of Misconduct:
        Cursing, shoving and threatening Stephanie Futrell
List of Witnesses/Documentary Evidence:
        Stephanie Futrell/Statement


Name:  Person not identified
Date(s):  March 16, 2008
Time(s):
Location(s):  Outside facility
Description of Misconduct:
        Coffee thrown at, hit, kicked, and pulled hair of Diana Butler
List of Witnesses/Documentary Evidence:
        Diana Butler/Statement

Name:  Josef Wyrwal
Date(s):  June 2008
Time(s):  11:00 p.m.
Location(s):  On sidewalk, Cannon Place
Description of Misconduct:
    Pushed Zulma Ruiz-Reyes against a car, smacked her and threatened to beat her up
List of Witnesses/Documentary Evidence:
    Zulma Ruiz-Reyes/Statement


Name:  David Thomas
Date(s):  July 3, 2008
Time(s):  11:05 p.m.
Location(s):  Near parking lot of facility
Description of Misconduct:
    Threw water at employees leaving work
List of Witnesses/Documentary Evidence:
    Marie Faye/Statement
    Bernard Hammond/Statement
    Neil Gray


Name:  Kervin Campbell
Date(s):  July 3, 2008
Time(s):  11:05 p.m.
Location(s):  Near parking lot of facility
Description of Misconduct:
    Threw chairs and empty bottles at Bernard Hammond and Neil Gray
List of Witnesses/Documentary Evidence:
    Marie Faye/Statement    ·
    Bernard Hammond/Statement
    Neil Gray


Name:  Sharon Loechel
Date(s):  February to present
Time(s):  3 p.m.
Location(s):  Outside facility
Description of Misconduct:
    Cursing at Karen Dewess threatening bodily harm
List of Witnesses/Documentary Evidence:
    Karen Dewees/Statement

Name:  Marsha Dussard
Date(s):  March 26, 2008
Time(s):  5:30 p.m.
Location(s):  Outside facility
Description of Misconduct:
     Brandishing knife
List of Witnesses/Documentary Evidence:
     Angelique Roofe/Statement


Name:  Marsha Dussard
Date(s):  March 26, 2008 (May 2008?)
Time(s):  3:20 p.m.
Location(s):  Outside facility
Description of Misconduct:
     Threw water at Angelique Roofe
List of Witnesses/Documentary Evidence:
     Angelique Roofe/Statement
     Angela McLeod/Statement
     Tina Hill/Statement

Name:  Zina Montgomery
Date(s):  March 16, 2008
Time(s):  2:30 p.m.
Location(s):  Between Giles and Kingsbridge Heights
Description of Misconduct:
     Threw water at and called Diatom Sadio names
List of Witnesses/Documentary Evidence:
     Diatom Sadio/Statement


Name:  Brenda Robinson
Date(s):  April 8, 2008, and continuing when leave work
Time(s):  6:00 p.m.
Location(s):  Grocery store at Broadway and 231st Street, outside facility
Description of Misconduct:
     Screamed and threatened that (Aznieszke  Szereszewski) is going to die
List of Witnesses/Documentary Evidence:
     Agnieszke Szereszewski/Statement

Name:  Olivia Owusu
Date(s):  April 8, 2008, and continuing when leaving work
Time(s):  6:00 p.m.
Location(s):  Grocery store at Broadway and 231st Street, outside facility
Description of Misconduct:
     Screamed and threatened that (Aquieszke Szereszewski) is going to die
     Profanities, and insults directed toward her
List of Witnesses/Documentary Evidence:
     Agnieszka Szereszewski/Statement

Name:  Olivia Owusu
Date(s):  February 20-22, 2008
Time(s):  3:05 p.m.
Location(s):  Outside facility
Description of Misconduct:
    Threat of physical harm to Mariah Sangare, and profanities directed to her
List of Witnesses/Documentary Evidence:
    Mariah Sangare/Statement


Name:  Jackie Sinnono
Date(s):  February 27, 2008, June 18, 2008
Time(s):  10:00 p.m., 3:00 p.m.
Location(s):  Street in front of West Building
Description of Misconduct:
    Screaming at and insulting the Szereszewski's, and their daughter
List of Witnesses/Documentary Evidence:
    Agnieszka Szereszewski/Statement
    Antoni Szereszewski/Statement, Viktor Dedi, Ryszarol Szereszewski


Name:  Verna Wattley
Date(s):  June 10, 2008
Time(s):  7:00 a.m.
Location(s):   Facility parking lot
Description of Misconduct:
    Cursing and making derogatory statement to Antoni Szereszewski
List of Witnesses/Documentary Evidence:
    Antoni Szereszewski/Statement


Name:  Brenda Robinson
Date(s):  February 20-22, 2008
Time(s):  3:05 p.m.
Location(s):  Outside facility
Description of Misconduct:
    Following, intimidating Mariah Sangare, profanities directed to her and family
List of Witnesses/Documentary Evidence:
    Mariah Sangare/Statement


Name:  Veronica Jackson
Date(s):  February 20-22, 2008
Time(s):  3:05 p.m.
Location(s):  Outside facility
Description of Misconduct:
    Following, intimidating Mariah Sangare, profanities directed to her and family
List of Witnesses/Documentary Evidence:
    Mariah Sangare/Statement

Name:  Lily Miller
Date(s):  June 16, 2008
Time(s):  5:30 p.m.
Location(s):  Outside facility
Description of Misconduct:
        Blocked car Helen Sieger's car
List of Witnesses/Documentary Evidence:
        Helen Sieger/Affidavit


Name:  Isaac Nortey
Date(s):  May 23, 2008
Time(s):  9:40 a.m.
Location(s):  Outside facility
Description of Misconduct:
        Punched Helen Sieger
List of Witnesses/Documentary Evidence:
        Helen Sieger/Affidavit


Name:  Alejandra Hernandez
Date(s):  4/17/08
Time(s):  5:05 p.m.
Location(s):  Fort Independence & Giles
Description of Misconduct:
        Physical assault and battery of Nakeysha Middleton, including pulling of hair
List of Witnesses/Documentary Evidence:
        Nina Kutsenko and Nakeysha Middleton
        Affidavit of Nina Kutsenko


Name:  Marsha Dussard
Date(s):  August 14, 2008
Time(s):  5:30 p.m.
Location(s):  Cannon Place
Description of Misconduct:
        Physical assault and battery of Nina Kutsenko
List of Witnesses/Documentary Evidence:
        Nina Kutsenko


Name:  Brenda Robinson
Date(s):  August 14, 2008
Time(s):  5:30 p.m.
Location(s):  Cannon Place
Description of Misconduct:
        Physical assault and battery of Nina Kutsenkso
List of Witnesses/Documentary Evidence:
        Nina Kutsenko

Name:  Olivia Owusu
Date(s): August 14, 2008
Time(s):  5:30 p.m.
Location(s):  Cannon Place
Description of Misconduct:
      Physical assault and battery of Nina Kutsenkso
List of Witnesses/Documentary Evidence:
      Nina Kutsenko


Name:  Jefferey Wojciechowski
Date(s): February 22, 2008
Time(s):  3:15 p.m.
Location(s):  Front of building
Description of Misconduct:  Threatened Martin Hubacek
 List of Witnesses/Documentary Evidence:
      Martin Hubacek/Statement

Name:  Jefferey Wojciechowski
Date(s): March 22, 2008
Time(s):  9:00 p.m.
Location(s):  Broadway & 238th Street
Description of Misconduct:
      Body slammed and threatened death with knife to Martin Hubacek
 List of Witnesses/Documentary Evidence:
      Martin Hubacek/Statement


Name:  Jacqueline Simono
Date(s):
Time(s):
Location(s):
Description of Misconduct:

List of Witnesses/Documentary Evidence:


Name:  Paulette Cameron Scott
Date(s):
Time(s):
Location(s):
Description of Misconduct:
List of Witnesses/Documentary Evidence: