UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
CELESTE J. MATTINA, Regional Director,:
Region 2, National Labor Relations   :
Board, for and on Behalf of the      :   08 Civ. 6550 (DLC)
NATIONAL LABOR RELATIONS BOARD,      :
                                     :        ORDER
                        Petitioner,  :
                                     :
          -v-                        :
                                     :
KINGSBRIDGE HEIGHTS REHABILITATION AND:
CARE CENTER,                         :
                        Respondent.  :
                                     :
-------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08
```

DENISE COTE, District Judge:

   Having received no written objection from respondent, the

application to hear Simono's testimony on Tuesday, September 9,

is granted.  The Tuesday hearing will begin at 2:00 p.m.

   SO ORDERED:

Dated:    New York, New York
          September 5, 2008

                                   _____
                                           DENISE COTE
                                   United States District Judge